IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**

**FILED IN OPEN COURT:**

**DATE:** 12-05-05

**TIME:** 10:16 AM

**INITIALS:** C

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Cr. No. 05-10093-T/An

LINDA F. CARTWRIGHT,

      Defendant.

---

ORDER ON ARRAIGNMENT

---

This cause came to be heard on December 5, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

    NAME:             Dianne Smothers, Asst. Federal Defender
    ADDRESS:

    TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

S. Thomas Ander

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     theft of funds by a postal employee

Assistant U.S. Attorney assigned to case:  Grinalds

Rule 32 was not waived.

Defendant's age:  44

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/7/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in
case 1:05-CR-10093 was distributed by fax, mail, or direct printing on
December 7, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT